FILED

2025 Mar-19  AM 08:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

**UNITED STATES OF AMERICA,**

**v.**

**COREY DION GRIFFIN,**
    Defendant.

**Case No. 4:23-cr-347-CLM-SGC**

## ORDER

The magistrate judge has entered a report, recommending that the court deny Defendant Corey Dion Griffin's corrected motion to suppress. (Doc. 91). Though the magistrate judge informed Griffin of his right to object to the report and recommendation within 14 days, the deadline to object has passed and Griffin has filed no objections.

Having considered the record, including the magistrate judge's report and recommendation (doc. 91), de novo the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **DENIES** Griffin's motion to suppress (doc. 85).

**Done** and **Ordered** on March 19, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE